UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARTINEZ,

    Plaintiff,

  v.

D. DAVEY, et al.,

    Defendants.

Case No. 16-03427 EJD (PR)

**ORDER OF TRANSER**

    Plaintiff, a state prisoner, has filed a pro se complaint pursuant to 42 U.S.C. § 1983, against officials at Corcoran State Prison where he is currently confined. Because defendants reside in and the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    **IT IS SO ORDERED.**

**Dated:** 10/27/2016

_____
EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.16\03427Martinez_transfer (ED)