UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>            Plaintiff,<br><br>        v.<br><br>D. DAVEY, et al.,<br><br>            Defendant(s). | 1:16-cv-01658 MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>**(ECF Nos. 14, 15)**<br><br>**THIRTY-DAY DEADLINE** |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2017, Plaintiff's complaint was dismissed with leave to amend for failure to satisfy Federal Rule of Civil Procedure 8(a). (ECF No. 11.)

   On January 13, 2017, Plaintiff filed a motion for extension of time to file an amended complaint, and this request was granted on January 23, 2017. (ECF Nos. 12, 13.) Now pending are two more motions for extension of time to file an amended complaint. (ECF Nos. 14, 15.)

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff is granted 30 days from the date of service of this order in which to file an amended complaint;

1

2. The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form and a copy of the Court's February 4, 2017, Screening Order. Plaintiff is advised to abide by the criteria set forth in the Screening Order, including the 20-page limit and no attachments.

IT IS SO ORDERED.

Dated:   March 1, 2017            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE