UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICARDO MARTINEZ

            Plaintiff,

      v.

D. DAVEY,

            Defendant.

1:16-cv-001658-AWI-JLT (PC)

ORDER APPOINTING
LIMITED PURPOSE COUNSEL

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of drafting a fifth amended complaint. Chijioke O. Ikonte has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, the Court ORDERS that:

1. Chijioke O. Ikonte is appointed as limited purpose counsel in the above entitle matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing a fifth amended complaint. The fifth amended complaint will be due 120 days from the date of this order.

2. Chijioke O. Ikonte's appointment will terminate when plaintiff's amended complaint is

1   filed, or files a notice that an amended complaint would not be appropriate.

2   3.   Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

3       spark@caed.uscourts.gov if he has any questions related to the appointment.

4   4.   The Clerk of the Court is directed to serve a copy of this order upon Chijioke O. Ikonte,

5       Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010.

6

7   IT IS SO ORDERED.

8       Dated:   **June 24, 2019**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE