UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> D. DAVEY, et al., <br><br> Defendants. | CASE No. 1:16-cv-1658-AWI-JLT (PC) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR RESPONSE** <br><br> (Doc. 46) |

Plaintiff moves the Court for a response to several previously-filed "objection letters" in which he contends that he has suffered various health problems and seeks an extension of time to submit his claims. The Court GRANTS Plaintiff's motion for a response. Plaintiff is now proceeding through counsel, and he has already been granted an extension of time to file an amended complaint. (See Doc. 51.)

IT IS SO ORDERED.

Dated: **August 13, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE