# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ<br><br>          Plaintiff,<br><br>   v.<br><br>D. DAVEY,<br><br>          Defendant. | Case No.: 1:16-cv-001658-AWI-JLT (PC)<br><br>**ORDER TO THE CHIJIOKE IKONTE TO SHOW CAUSEWHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO FILE THE AMENDED COMPLAINT**<br><br>**FOURTEEN-DAY DEADLINE** |

On June 24, 2019, attorney Chijioke Ikonte was appointed for plaintiff for the limited purpose of submitting an amended complaint. (Doc. 51.) That pleading was due within 120 days from the date of the order – that is, on October 22, 2019. The deadline passed nearly two months ago, and Mr. Ikonte has not filed an amended complaint or otherwise responded to the court's order. Accordingly, the Court ORDERS Mr. Ikonte to show cause on or before December 18, 2019, why sanctions should not be imposed for his failure to comply with a court order.

IT IS SO ORDERED.

    Dated: __**December 6, 2019**__              ___**/s/ Jennifer L. Thurston**___
                                                                            UNITED STATES MAGISTRATE JUDGE