UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>D. DAVEY, et al.,<br><br>        Defendants. | CASE No. 1:16-cv-1658-AWI-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS NON-COGNIZABLE CLAIMS**<br><br>**(Doc. 56)** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2020 (Doc. 56), are adopted in full;

2. This action shall proceed on an Eighth Amendment medical indifference claim against defendants Dr. J. Lewis and Warden D. Davey.

3. All other claims and defendants are hereby dismissed.

4. This matter is referred back to the magistrate judge.

IT IS SO ORDERED.

Dated:   August 20, 2020

SENIOR  DISTRICT  JUDGE

2