UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ, | CASE No. 1:16-cv-1658-AWI-JLT (PC) |
| Plaintiff, | **ORDER FOR CLARIFICATION** |
| v. | |
| D. DAVEY, et al., | **FOURTEEN-DAY DEADLINE** |
| Defendants. | |

On September 15, 2020, this case was stayed and referred to the Post-Screening ADR Project. Defendants have since submitted notice of their willingness to participate in an early settlement conference. Plaintiff has also filed a notice, but it is ambiguous. (Doc. 65.) On one hand, he indicates that he does not wish to engage in an early settlement conference. On the other, he indicates that he would like to participate in the settlement conference in person. Due to this ambiguity, the Court **ORDERS** plaintiff to submit a supplemental notice within fourteen days clarifying whether he wishes to engage in an early settlement conference.

IT IS SO ORDERED.

Dated:   __October 22, 2020__          _____/s/ Jennifer L. Thurston_
                                                        UNITED STATES MAGISTRATE JUDGE