UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. DAVEY, et al.,<br><br>        Defendants. | CASE No. 1:16-cv-1658-AWI-JLT (PC)<br><br>**ORDER LIFTING STAY** |

Plaintiff has opted out of the Court's Post-Screening ADR Project.  (Doc. 67.) Accordingly, the Court ORDERS:

   1.   the stay is **LIFTED**; and

   2.   the Clerk of the Court is directed to issue a Discovery and Scheduling Order.

IT IS SO ORDERED.

   Dated:   **November 30, 2020**             **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

1