UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. DAVEY, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01658-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 83) |

Defendants have filed a second motion to modify the Court's Discovery and Scheduling Order (Doc. 69) to extend the exhaustion motion deadline from June 1, 2021, to July 31, 2021, and the summary judgment deadline from July 2, 2021, to November 30, 2021.

Upon good cause shown, the Court GRANTS Defendants' motion. Accordingly, the exhaustion motion deadline is extended to **July 31, 2021**, and the dispositive motion deadline is extended to **November 30, 2021**.

IT IS SO ORDERED.

    Dated:   **June 2, 2021**             **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE